UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LARRY MANZANAREZ AND LEONEL MANZANAREZ | * * * | CIVIL ACTION NO: |
| | * | SECTION: |
| versus | * * | JUDGE: |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, JLB CONTRACTORS, LLC, IDEALEASE SERVICES INC., AND JOHN LENARD GRUBE | * * * * | MAGISTRATE: |
| * * * * * * * * * * * * * * * * * | | **JURY TRIAL REQUESTED** |

## PETITION FOR REMOVAL

To: Judges of the United States District Court
For the Eastern District of Louisiana
500 Camp Street
New Orleans, LA  70130

The Petition for Removal to the United States District Court of the Eastern District of Louisiana respectfully shows:

1.

On October 12, 2018, Larry Manzanarez and Leonel Manzanarez filed a Petition for Damages, seeking recovery of damages allegedly incurred as a result of an incident that occurred on or about October 18, 2017.

2.

The Petition of Damages was filed in Division "N" of the Civil District Court for the Parish of Orleans, State of Louisiana, and was entitled Larry Manzanarez, et al versus Liberty Mutual Fire Insurance Company, et al No. 2018-10312.

3.

JLB Contractors, LLC and Liberty Mutual Fire Insurance Company have received service of the Petition. A copy of the citation and petition are attached hereto.

4.

The above described action is a civil suit of which this court has original jurisdiction by the provisions of 28 USC §1332, and is one which has become removable by JLB Contractors, LLC and Liberty Mutual Fire Insurance Company pursuant to the provisions of 28 USC §1441 and §1446(b), in that it is a civil action wherein the matter in controversy is reasonably believed to exceed the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

5.

The Defendants received medical records sufficient to put them on notice that the amount in controversy makes this case removable less than thirty days prior to the filing of this pleading.

6.

Plaintiff, Larry Manzanarez, is at the present time and was at the time suit was filed, a citizen of and domiciled in the State of Louisiana.

7.

Plaintiff, Leonel Manzanarez, is at the present time and was at the time suit was filed, a citizen of and domiciled in the State of Louisiana.

8.

Removing party and Defendant, Liberty Mutual Fire Insurance Company, is at the present time and was at the time the suit was filed has been a corporation incorporated under the laws of and having its principal place of business in the State of Massachusetts.

9.

Removing party and Defendant, JLB Contractors, LLC, is at the present time and was at the time suit was filed, a limited liability company under the laws of and having its principal place of business in the State of Mississippi.

10.

Defendant, John Lenard Grube, is at the present time and was at the time suit was filed, a citizen of and domiciled in the State of Mississippi.

11.

Defendant, Idealease Services, Inc., is at the present time and was at the time the suit was filed has been a corporation incorporated under the laws of and having its principal place of business in the State of Illinois.

WHEREFORE, the removing parties pray that the above action now pending against them in Civil District Court for the Parish of Orleans, State of Louisiana, be removed to this Honorable Court.

BY: s:/ PAUL MICHAEL ELVIR, JR.
**PAUL MICHAEL ELVIR, JR. (LA #19560)**
Paul.Elvir@LibertyMutual.com
Law Offices of Robert E. Birtel
3850 N. Causeway Blvd., Suite 220
Metairie, LA  70002
Tel:  (504) 837-7050
Fax:  (504) 837-0249
*Attorney for Defendants, JLB Contractors, LLC, John Lenard Grube and Liberty Mutual Fire Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 17th day of July, 2019, served a copy of **Petition for Removal** upon Cesar J. Vazquez, Roger Javier and Richard P. Voorhies III, attorneys of record for Plaintiffs, Larry Manzanarez and Leonel Manzanarez, by notice of electronic filing generated through the CM/ECF system, and/or by United States mail, facsimile, or email for those counsel who are not participants in the CM/ECF system.

    Respectfully Submitted by,

BY: s:/ PAUL MICHAEL ELVIR, JR.
    **PAUL MICHAEL ELVIR, JR. (LA #19560)**
    Paul.Elvir@LibertyMutual.com
    Law Offices of Robert E. Birtel
    3850 N. Causeway Blvd., Suite 220
    Metairie, LA  70002
    Tel:  (504) 837-7050
    Fax:  (504) 837-0249
    *Attorney for Defendants, JLB Contractors, LLC, John Lenard Grube, and Liberty Mutual Fire Insurance Company*