CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2018-10312                                                    DIVISION N

LARRY MANZANAREZ AND LEONEL MANZANAREZ

VERSUS

LIBERTY MUTUAL FIRE INSURANCE COMPANY, JLB CONTRACTORS, LLC, IDEALEASE SERVICES INC., AND JOHN LENARD GRUBE

**SECTION 8**

FILED _____     DEPUTY CLERK _____

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Larry Manzanarez and Leonel Manzanarez persons of the full age of majority and residents of the Parish of St. Charles, State of Louisiana, who respectfully represent the followings.

1.

Made defendants herein are the following:

a) **JOHN LENARD GRUBE**, a person of the full age of majority and upon information and belief a resident of the State of Mississippi who at all times pertinent hereto was the driver of a 2013 Mack Truck vehicle bearing Vin #.1M1AW07Y6DM026874.

b) **JLB CONTRACTORS, LLC** a foreign/domestic corporation authorized to do and doing business in the State of Louisiana with its principal place of business in Long Beach, Mississippi, who at all times pertinent hereto was the listed owner of the vehicle listed in paragraph "1a" above and driven by John Lenard Grube.

c) **IDEALEASE SERVICES INC.** upon information and belief a foreign corporation with offices in Louisiana and authorized to do and doing business in the State of Louisiana who at all times pertinent hereto had in full force and effect a contract for lease of its 2013 Mack Truck model bearing Tennessee License Plate No. A6642HY issued to defendants JLB Contractors, LLC and John Lenard Grube.

d) **LIBERTY MUTUAL FIRE INSURANCE COMPANY** a foreign insurer, authorized to do and doing business in the State of Louisiana who at all times pertinent hereto had in full force and effect a policy of automobile liability insurance covering the negligent acts of defendant JLB Contractors, LLC and John Lenard Grube.



2.

The incident hereinafter referred to occurred in the Parish of Orleans, State of Louisiana within the jurisdiction of this Honorable Court.

3.

On or about October 18, 2017, at approximately 11:10 a.m. your Petitioner Larry Manzanarez was driving a 2003 Chevrolet Trailblazer ("Manzanarez Vehicle") westbound on Interstate 10 at the S. Claiborne Avenue exit in the left lane in the Parish of Orleans, State of Louisiana. Leonel Manzanarez was riding as a guest passenger in the Manzanarez vehicle. At same time and place, mentioned herein, on behalf of JLB Contractors, LLC, Defendant John Lenard Grube was driving a 2013 Mack truck ("Grube vehicle") westbound on Interstate 10 at the S. Claiborne Avenue exit in the left lane immediately behind the Manzanarez vehicle. At the same time and place mentioned hereinabove the Manzanarez vehicle came to a complete stop due to traffic congestion ahead of it when suddenly and without warning the Grube vehicle struck the Manzanarez vehicle in the rear on multiple occasions causing the collision and injuries complained of by petitioners.

4.

The foregoing accident was caused in part by the negligence of defendant, John Lenard Grube, particularly, but not exclusively, in the following respects to wit:

(1) Failure to maintain adequate and proper control of his vehicle;

(2) Failure to apply his brakes in a timely manner so as to avoid impact with petitioner's vehicle.

(3) Failure to take evasive action to avoid causing the collision;

(4) Driving the vehicle in a reckless and careless manner without regard for the safety of others;

(5) Failure to see what he should have seen;

(6) Failure to keep a proper lookout;

(7) Following too closely in violation of Louisiana law;

(8) Any and all other acts of negligence which may be proven at the time of trial of this matter.

AS TO JLB CONTRACTORS, LLC

(1) Allowed an individual to operate who could not properly operate the vehicle;

(2) Allowed an individual to operate its vehicle who generally failed to exercise due care under the circumstances;

    (3)    Generally operated a vehicle in a defective condition which contributed to Petitioners' injuries;

    (4)    Failed to provide adequate supervision;

    (5)    Failed to provide proper training to John Lenard Grube;

    (6)    Letting its vehicle to an untrained and unqualified driver;

    (7)    Improperly securing its transportation load in violation of State and Federal Laws.

    (8)    Any and all other of negligence which may be proven at time of trial;

5.

At all times mentioned herein John Lenard Grube was acting within the course and scope of his employment with JLB Contractors, LLC. As such JLB Contractor, LLC is responsible, to plaintiff under the theory of respondeat superior.

6.

As a direct and proximate result of the negligence of John Lenard Grube, your petitioners, Larry Manzanarez and Leonel Manzanarez, sustained physical injuries which required medical treatment, for which they incurred and may incur hospital, physician and health care provider expenses, and for which they are entitled to be compensated by defendants.

7.

Petitioners experienced and continues to experience mental and physical pain and suffering for which they are entitled to be compensated by defendants.

8.

The petitioners make demand for damages in an amount which are reasonable in the premises.

WHEREFORE, petitioners, Larry Manzanarez and Leonel Manzanarez, respectfully pray that the defendants be served with copies of the original Petition and be duly cited to appear and answer the same; that, after legal delays and all due proceedings, there be judgment herein in favor of petitioners, in an amount to be determined by the fact finder consistent with the evidence presented at trial; that said judgment be against defendants, Liberty Mutual Fire Insurance Company, JLB Contractors, LLC, Idealease Services Inc. and John Lenard Grube individually, jointly, severally, and in solido (to the extent allowed by law), together with legal interest and court costs and for all general and equitable relief.

Respectfully submitted,

VAZQUEZ LAW FIRM

_____
CESAR J. VAZQUEZ,
909 W. Esplanade Ave. Suite 202
Kenner, LA 70065
(504) 465-0908
Louisiana Bar Roll No. 19195

**HOLD SERVICE**